UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:15-cv-00272-PGB-GJK

ISSANI RENDJAMBE,
    Plaintiff

vs.

SEAS & ASSOCIATES, LLC,

    Defendants
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ISSANI RENDJAMBE, by and through undersigned counsel, having amicably settled all claims against Defendant, SEAS & ASSOCIATES, LLC, hereby gives notice of his voluntary dismissal with prejudice in the above-styled action, with each party to bear its own attorney's fees and costs.

Dated this 21st day of April, 2015.

*Respectfully submitted,*

DANIEL TAM, P.A.
*Attorneys for Plaintiff*
1000 Fifth St., Ste. 200
Miami Beach, FL 33139
Telephone:   (305) 357-0518
Facsimile:   (877) 684-6189
dantamesq@me.com

By: /s/ Daniel Tam
DANIEL TAM, ESQ.
FBN 60610

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 21, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            s/Daniel Tam
                                            Daniel Tam, Esq.